UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BAYWOOD RTLY. & CONSTR. CORP., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL'S CARPET & LINOLEUM INC., et al., <br><br> Defendants. | Case No. 4:16 CV 1939 RWS |

### **ORDER OF DISMISSAL**

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this case is dismissed with prejudice, each party to bear its own costs and fees.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 12th day of April, 2017.